UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE PITSILIDES, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-01736 |
| v. | : | (JUDGE MANNION) |
| WILLIAM P. BARR, Attorney General of the United States; and | : : | |
| THOMAS E. BRANDON, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, | : | |
| CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, | : : | |
| UNITED STATES OF AMERICA, | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

    1. Defendants William P. Barr, Thomas E. Brandon, Christopher Wray, and the United States of America's

motion for summary judgment, (Doc. 22), is **GRANTED**.

2. Plaintiff George Pitsilides's motion for summary judgment, (Doc. 25), is **DENIED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 19, 2021
19-01736-01-Order